UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL DE JESUS LOPEZ,<br><br>                    Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | CASE NO. C20-1341-RSM-BAT<br><br>**ORDER DIRECTING RESPONDENT TO UPDATE STATUS OF BOND HEARING** |

In its Return and Motion to Dismiss, respondent contends petitioner is scheduled to receive the relief he seeks in the form of a bond hearing on October 20, 2020. The Court directs respondent to file an update regarding this bond hearing and its outcome of a hearing was conducted. The update shall be filed no later than **November 4, 2020.**

DATED this 26th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
UPDATE STATUS OF BOND HEARING - 1